**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SUYAPA GARCIA,

            Plaintiff,

    v.

COUNTRYWIDE HOME
LOANS, INC., RECONSTRUCT
COMPANY, DOES 1
THROUGH X Inclusive,

            Defendants.

_____

                         )
)
)
)
)
)
)
)
)
)
)
)
)

Case No. EDCV 08-1917-VAP
(MANx)

**JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

      Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: <u>February 23, 2009</u>

                                _____

                                 VIRGINIA A. PHILLIPS
                                 United States District Judge